IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEAMFITTERS UNION, LOCAL 420 WELFARE FUND, STEAMFITTERS UNION, LOCAL 320 PENSION FUND, STEAMFITTERS UNION, LOCAL 420 SUPPLEMENTAL RETIREMENT PLAN, STEAMFITTERS UNION, LOCAL 420 APPRENTICESHIP TRAINING FUND, SCHOLARSHIP FUND OF STEAMFITTERS LOCAL UNION NO. 420, LOCAL UNION NBO. 420 PIPING INDUSTRY POLITICAL AND EDUCATION FUND, MECHANICAL CONTRACTORS ASSOCIATION OF EASTERN PENNSYLVANIA, INC. INDUSTRY FUND and LOCAL UNION NO. 420 OF THE UNITED ASSOCIATION OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA** : **CIVIL ACTION** |
| v. : |
| **DIRECT AIR, LLC, SALVATORE TAORMINA and SAL CAMPAGNA** : **NO. 18-1611** |

## ORDER

**NOW,** this 19th day of October, 2020, upon consideration of the Plaintiffs' Motion for Order Charging Membership Interests of Judgment Debtors and for Other Ancillary Relief in Aid of Enforcement of Consent Judgment (Document No. 9) and the defendants having failed to file a response, it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part.

**IT IS FURTHER ORDERED**:

1. To the extent the motion seeks a charging order against the defendants Salvatore Taormina and Sal Campagna's membership interests in SCST Realty Group,

LLC, it is **DENIED**.

2. To the extent the motion seeks an order enjoining Taormina and Campagna from transferring, assigning, conveying or otherwise disposing of their property in Pennsylvania until the Consent Judgment has been satisfied, it is **GRANTED**.

3. Defendants shall not sell, transfer, assign, convey, encumber or otherwise affect their interests in any entity including corporations, partnerships, limited liability companies and limited partnerships.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.